UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRIAN K. BANKS**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                **NO. 21-1788**

**TIM HOOPER, WARDEN**                                                      **SECTION "B"(4)**

### ORDER

Considering *pro se* petitioner Brian K. Banks' motion to amend judgment (Rec. Doc. 37),

**IT IS HEREBY ORDERED** that the motion is **DENIED** pursuant to the Court's order at Rec. Doc. 41 and the reasons set forth in the Court's order at Rec. Doc. 35.

Petitioner is a state court prisoner seeking release from custody imposed in a state prison sentence. He mistakenly asserts "His only remedy is this mandamus petition." Rec. Doc. 34 at 12. The constitutional grounds supportive of that petition and the requested relief shall be properly addressed and construed in the context of an application for a writ of habeas corpus pursuant to congressional enactment found in 28 U.S.C. § 2254, not a mandamus action.

New Orleans, Louisiana this 3rd day of May 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE